UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-5098**

Case Title: **United States** vs. **Troy Patterson**

List all clients you represent in this appeal:

**Troy Patterson**

☑ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent   ☐ Intervenor   (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

**Rosana E. Brown**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Kaycee L. Berente**   Signature: s/ **Kaycee L. Berente**

Firm Name: **Federal Public Defenders Southern District of Ohio**

Business Address: **10 West Broad Street, Suite 1020**

City/State/Zip: **Columbus OH 43215**

Telephone Number (Area Code): **614.469.4130**

Email Address: **kaycee_berente@fd.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---