# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**United States of America,**

**v.**

                                                           **Case No. 2:23-cr-80(1)**

**Troy Patterson,**                                      **Judge Michael H. Watson**

**Defendant.**

## OPINION AND ORDER

Defendant waived his right to a direct appeal in this case unless the sentence exceeded the statutory maximum. Plea Agmt. ¶ 10, ECF No. 287. The sentence did not exceed the statutory maximum. Judgment, ECF No. 341. Therefore, the Court **CERTIFIES** pursuant to Federal Rule of Appellate Procedure 24(a)(3)(A) that a direct appeal would not be taken in good faith. Pursuant to Sixth Circuit Rule of Appellate Procedure 24(a)(4), the Clerk **SHALL** immediately notify the parties and the United States Court of Appeals for the Sixth Circuit of this certification.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**