## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 09, 2026

Ms. Kaycee Berente
Mr. Kevin Michael Schad

  Re: Case No. 26-5098
    *USA v. Troy Patterson*
    Originating Case No. 2:23-cr-00080-1

Dear Counsel,

 The district court has denied, in whole or in part, pauperis status on appeal and has directed the amount of **$605.00** for the appellate filing fee.

 You must file a renewed motion for pauper status in this court. You have until **February 23, 2026,** to do one or the other.

 Please note that if you do nothing, the appeal will be dismissed for want of prosecution without further notice.

            Sincerely yours,

            s/Kelly Stephens

            Appeal Case Manager: Beverly
            Direct Dial No. 513-564-7077

cc: Ms. Nicole Pakiz

Enclosure