UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **26-5098**

Case Title: **United States** vs. **Troy Patterson**

List all clients you represent in this appeal:

**United States of America**

☐ Appellant     ☐ Petitioner     ☐ Amicus Curiae     ☐ Criminal Justice Act
☑ Appellee      ☐ Respondent     ☐ Intervenor              (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Nicole Pakiz**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Alexis J. Zouhary**          Signature: s/ **Alexis J. Zouhary**

Firm Name: **United States Attorney's Office**

Business Address: **221 East Fourth Street, Suite 400**

City/State/Zip: **Cincinnati, Ohio 45202**

Telephone Number (Area Code): **513-684-3711**

Email Address: **Alexis.Zouhary @usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---